IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEK INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV326 |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL BINDING CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to strike proof of service (Filing No. 6). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to strike proof of service is granted; plaintiff is granted leave to file an amended proof of service.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court