IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TEK INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV326 |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL BINDING CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulated protective order (Filing No. 27) filed by the parties. Pursuant thereto,

IT IS ORDERED that the stipulated protective order is approved by the Court. The parties shall adhere to the conditions set forth therein.

DATED this 24th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court