```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

TEK INDUSTRIES, INC.,         )
                              )
          Plaintiff,          )         8:05CV326
                              )
     v.                       )
                              )
GENERAL BINDING CORPORATION,  )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulated motion to dismiss with prejudice (Filing No. 29). Pursuant thereto,

IT IS ORDERED that the stipulated motion to dismiss is granted; this action is dismissed with prejudice, each party to bear its own costs.

DATED this 16th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court